UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE DOE, an individual; KELLY DOE, an individual; JOHN DOE, an individual, and DOES I-X,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNIVERSITY OF IDAHO, a public university,<br><br>    Defendant. | Case No. 1:23-cv-00409-AKB<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFFS PROCEEDING ANONYMOUSLY** |

  On September 15, 2023, Plaintiffs "Jane Doe," "Kelly Doe," and "John Doe" filed a complaint against Defendant University of Idaho. (Dkt. 1). Plaintiffs are or were students at Defendant's College of Law. (*Id.* at ¶ 6). They allege, among other things, that Defendant discriminated against them because of their race, disability status, or sexual orientation. (*Id.* at ¶¶ 7-8). Further, they summarily allege they are justified in pursuing their claims under pseudonyms. (*Id.* at ¶ 13).

  Generally, a complaint is required to include the names of all the parties. Fed. R. Civ. P. 10(a). The public possesses a common law right of access to judicial proceedings. *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). "Plaintiffs' use of fictitious names runs afoul of the public's common law right of access to judicial proceedings." *Id.* Consequently, a court will permit a party to proceed anonymously only "when special circumstances justify secrecy." *Id.* Courts have a duty to determine whether special circumstances permit a party to proceed anonymously. *Doe v. Blue Cross & Blue Shield United of Wis.*, 112 F.3d 869, 872 (7th Cir. 1997). In the absence of a finding of special circumstances, "[t]he normal

**ORDER TO SHOW CAUSE RE PLAINTIFFS PROCEEDING ANONYMOUSLY - 1**

presumption in litigation is that parties must use their real names." *Doe v. Kamehameha Sch./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1042 (9th Cir. 2010).

In this case, Plaintiffs failed to seek the Court's leave to proceed anonymously. Accordingly,

**IT IS ORDERED:**

1. Plaintiffs must show cause, by motion to this Court, why their complaint should not be dismissed for failure to comply with Federal Rule of Civil Procedure 10(a). Alternatively, Plaintiffs may amend their complaint to include the names of all parties in compliance with Rule 10(a). Plaintiffs' motion or amended complaint must be filed no later than twenty-one (21) days after this order's issuance. Failure to respond adequately will result in dismissal of the action.

2. Plaintiffs are further ordered to serve a copy of this order on Defendant. Fed. R. Civ. P. 5(a)(1)(A).

DATED: September 22, 2023

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**ORDER TO SHOW CAUSE RE PLAINTIFFS PROCEEDING ANONYMOUSLY - 2**