Monica Fabbi, ISB No. 10018
mfabbi@ifhcidaho.org
INTERMOUNTAIN FAIR HOUSING COUNCIL
4696 W Overland Rd, Ste 140
Boise, ID 83706
Tel: (208) 383-0695
Fax: (208) 383-0715

Alyson A. Foster, ISB No. 9719
alyson@bdfcounsel.com
Taylor J. Long, ISB No. 11966
tlong@bdfcounsel.com
BJORKMAN DEMPSEY FOSTER PLLC
714 W. State Street
Boise, ID 83702
Tel: (208) 401-9533
Fax: (855) 940-1879

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE DOE, an individual; KELLY DOE, an individual; JOHN DOE, an individual; and DOES I-X,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNIVERSITY OF IDAHO, a public university,<br>    Defendant. | Case No. 1:23-cv-00409-AKB<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL** |

Pursuant to Local Civil Rule 5.3, Plaintiffs respectfully request the Court seal the

unredacted versions of the Declaration of Jane Doe, the Declaration of Kelly Doe, and the

Declaration of John Doe filed in support of Plaintiffs' Motion for Leave to Proceed Anonymously.

## BACKGROUND

Plaintiffs filed their Complaint and Demand for Jury Trial on September 15, 2023. (Dkt. 1.) Jane, Kelly, and John are or were students at the University of Idaho's College of Law. (*Id.* at ¶¶ 14-16.) Plaintiffs allege, among other things, that the University discriminated against them because of their race, disability status, and/or sexual orientation. (*Id.* at ¶¶ 7-8.) Plaintiffs are in the process of serving the Complaint in accordance with Federal Rule of Civil Procedure 4.

On September 22, 2023, the Court issued an Order to Show Cause re: Plaintiffs Proceeding Anonymously instructing Plaintiffs to show cause, by motion, why their complaint should not be dismissed for failure to comply with Federal Rule of Civil Procedure 10(a). (Dkt. 3 at 2.) Plaintiffs have therefore filed a Motion for Leave to Proceed Anonymously along with a Memorandum in Support and three supporting declarations: the Declaration of Jane Doe, the Declaration of Kelly Doe, and the Declaration of John Doe. Each declarant signed their real name. In those declarations, Plaintiffs' real names were redacted; and in Mr. Doe's declaration, a sentence describing a sensitive, prior experience is also redacted. This Motion seeks leave to file the unredacted versions of those declarations under seal.

## ARGUMENT[1]

Court proceedings and records are generally open to the public. *Rosales v. Idaho Department of Health and Welfare*, No. 1:19-cv-00426-DCN, 2020 WL 2841776, *1 (D. Idaho June 1, 2020) (citing, *inter alia, Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). This right of access is "grounded in the First Amendment and in common law." *Id.* (quoting *CBS, Inc. v. U.S. Dist. Court for Cent. Dist. of California*, 765 F.2d 823, 825 (9th Cir. 1985)).

Courts apply two standards to motions to seal: a "compelling reasons" standard, which applies to documents attached to dispositive motions, and a "good cause" standard, which applies to documents attached to non-dispositive motions. *Rosales*, 2020 WL 2841776 at * 1 (citing *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006)). Records attached to non-dispositive motions are not subject to the strong presumption of access that records attached to motions more than tangentially related to the merits of the case are. *Kamakana*, 447 F.3d at 1179. Because documents attached to non-dispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," a party moving to seal need only meet the lower "good cause" standard of Federal Rule of Civil Procedure 26(c). *Id.*

The relevant standard for purposes of Rule 26(c) is whether "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for

---

[1] Underlined case citations are hyper-linked to the case, and cited page or section where possible, in Westlaw.

discovery against the need for confidentiality." *Pintos v. Pacific Creditors Ass'n*, 605 F.3d

665, 678 (9th Cir. 2010).

Here, if the Court grants Plaintiffs' Motion for Leave to Proceed Anonymously,

then the Court will have found that Plaintiffs met one or both of the two reasons offered to

justify their anonymity: a reasonable fear of retaliation or a superseding interest in their

privacy of matters of a sensitive and highly personal nature. *Does I thru XXIII v. Advanced*

*Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000). *See also id.* (holding that the Court

has discretion to "allow parties to use pseudonyms in the unusual case when nondisclosure

of the party's identity is necessary to protect a person from harassment, injury, ridicule or

personal embarrassment"). Such a finding necessarily involves a balancing of the

Plaintiffs' interest against the public's interest in transparency in the courts and the risk of

unfairness to Defendant. *Id.* at 1068. If the Court finds that balance weighs in Plaintiffs'

favor, such that they may proceed anonymously, the same conclusion is warranted and

necessary here: for Plaintiffs to proceed anonymously, their names must be redacted in the

declarations they have filed.

In addition to their names, a sentence in John Doe's declaration is also redacted.

The redacted sentence reveals private and sensitive information about an act of violence

that does not form the basis of any of Plaintiffs' claims. Rather, the information is provided

to explain to the Court the reasonableness of Mr. Doe's fear of harm. Mr. Doe's interest in

keeping private such a sensitive, painful, and traumatic experience outweighs the public's

interest in knowing it.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the Court seal the unredacted versions of the Declaration of Jane Doe, the Declaration of Kelly Doe, and the Declaration of John Doe. A proposed order will be submitted in accordance with Electronic Filing Procedure No. 12.

DATED this 13th day of October, 2023.

/s/ Monica Fabbi
INTERMOUNTAIN FAIR HOUSING
COUNCIL

/s/ Alyson A. Foster
BJORKMAN DEMPSEY FOSTER PLLC

*Attorneys for Plaintiffs*